Date Opened:     10/13/22                                                            Client____  Ref. Atty.____
Date Settled:    Draft 05/24/24

# STATEMENT OF SETTLEMENT

In Re:                    Johnson v. HMG Park Manor of Westwood, LLC, et al.
Date: _____  Credit:  HH      Handled by:  JDH      Prepared by:  LAB

**TOTAL RECOVERY:**                $175,000.00

*Draft. No checks yet.*

**Less Paid Client Expenses:**

| See Attached ledger sheet(s) | 16,848.41 |
|---|---|
| Phone/fax/copies | 57.90 |

**Less Unpaid Client Expenses:**

**TOTAL EXPENSES:**                $16,906.31

**NET RECOVERY AFTER EXPENSES:**   $158,093.69

**FOR OFFICE USE ONLY**

Less Attorney Fee:                 $55,332.79
35.00%

*Less:*
*Medicare Lien Holdback:*          $12,321.21
**NET DUE CLIENT:**                $90,439.69

Notes:
1. Client check to be made payable to Jami Johnson.

2. Once the final Medicare lien amount is established, Jami Johnson will receive the difference between what Medicare accepts and the current holdback amount,

Please note: You have the right to request review and approval of the above Attorney's Fees by the appropriate court having jurisdiction of the matter, and the court shall have the authority to determine whether the fees are reasonable.

(LAB EX/02/99)

HUTTON & HUTTON LAW FIRM, LLC
BARNES Case Expenses
All Transactions

| Date | Ch# | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| 11/30/22 | n/a | Hutton & Hutton | Certified Mail & Copy Expense - Demand | $ 13.09 | | $ 13.09 |
| 12/09/22 | 32925 | Medicopy | Am. Med. Response Records | 18.53 | | 31.62 |
| 12/16/22 | VISA | Visa Charge | Sound Physicians Records | 32.00 | | 63.62 |
| 12/16/22 | VISA | Visa Charge | Sound Physician EM Records | 32.00 | | 95.62 |
| 01/16/23 | VISA | Visa Charge | Radiology Records | 32.00 | | 127.62 |
| 02/02/23 | 33033 | Medicopy | Am. Med. Response Records | 35.98 | | 163.60 |
| 05/16/23 | VISA | Visa Charge | Penrose Records | 89.99 | | 253.59 |
| 05/18/23 | 33281 | MedLegal Cons. | Expert Retainer | 1,000.00 | | 1,253.59 |
| 06/21/23 | 33322 | MedLegal Cons. | Expert Services | 207.50 | | 1,461.09 |
| 06/23/23 | 33351 | Ciox Health | KU Medical Records | 52.20 | | 1,513.29 |
| 07/17/23 | n/a | Hutton & Hutton | Certified Mail - Fund | 9.73 | | 1,523.02 |
| 07/18/23 | VISA | Visa Charge | Probate Filing Fee | 134.64 | | 1,657.66 |
| 08/16/23 | VISA | Visa Charge | USDC Filing Fee | 402.00 | | 2,059.66 |
| 12/18/23 | 33701 | City of Topeka | Report | 10.00 | | 2,069.66 |
| 12/20/23 | 33703 | Lance Youles | Expert Retainer | 2,800.00 | | 4,869.66 |
| 12/20/23 | 33707 | Dalena Ezell | Witness Fee & Mileage | 47.86 | | 4,917.52 |
| 12/20/23 | 33708 | D. Killingsworth | Witness Fee & Mileage | 91.09 | | 5,008.61 |
| 12/20/23 | 33709 | Ginger Love | Witness Fee & Mileage | 76.88 | | 5,085.49 |
| 12/20/23 | 33710 | Tamara Hodges | Witness Fee & Mileage | 51.79 | | 5,137.28 |
| 12/21/23 | n/a | Hutton & Hutton | Certified Mail - Subpoenas | 35.08 | | 5,172.36 |
| 01/05/24 | 33726 | Christopher Vid. | Depo Video Coverage | 307.75 | | 5,480.11 |
| 01/17/24 | VISA | Visa Charge | Hotel - Client Depo | 179.60 | | 5,659.71 |
| 01/17/24 | VISA | Visa Charge | Hotel - Client Mediation | 172.60 | | 5,832.31 |
| 01/24/24 | 33780 | Dalena Ezell | Witness Fee & Mileage | 47.86 | | 5,880.17 |
| 01/24/24 | 33782 | Boss Consulting | Expert Retainer | 800.00 | | 6,680.17 |
| 02/14/24 | 33812 | MedLegal Cons. | Expert Charges | 812.50 | | 7,492.67 |
| 02/28/24 | 33823 | Darin Hayes | Mileage Reimbursement | 356.44 | | 7,849.11 |

| Date | Ch# | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| 03/04/24 | 33855 | T. Scharnhorst | Mediation Services | 840.00 | | 8,689.11 |
| 03/04/24 | 33859 | Emery Goad | Process Server | 440.00 | | 9,129.11 |
| 03/04/24 | 33860 | Boss Consulting | Expert Charges | 1,400.00 | | 10,529.11 |
| 03/07/24 | 33875 | Appino Biggs | Court Reporter Charges | 1,763.40 | | 12,292.51 |
| 03/19/24 | 33890 | MedLegal Cons. | Expert Charges | 1,187.50 | | 13,480.01 |
| 03/19/24 | 33891 | Boss Consulting | Expert Charges | 400.00 | | 13,880.01 |
| 03/19/24 | 33894 | Appino Biggs | Court Reporter Charges | 1,552.90 | | 15,432.91 |
| 03/19/24 | 33895 | Appino Biggs | Court Reporter Charges | 1,473.40 | | 16,906.31 |
| | | | Total Expenses | | | $ 16,906.31 |